UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLTON MOORE,

                Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C24-0549 RSM

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**

     Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

     The Commissioner shall have up to and including July 24, 2024, to file a response to Plaintiff's Complaint.

     DATED this 26th day of June, 2024.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING EXTENSION OF
TIME TO FILE ANSWER - 1