UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLTON MOORE,

        Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C24-0549-KKE

ORDER AMENDING THE SCHEDULING ORDER

Plaintiff has filed a motion to amend the scheduling order and represents that opposing counsel has no opposition. Dkt. No. 13. The motion (Dkt No. 13) is GRANTED and the scheduling order is hereby amended as follows:

- Plaintiff shall have up to and including November 14, 2024, to file an opening brief;
- Defendant shall have up to and including December 16, 2024, to file a responsive brief; and
- Plaintiff shall have up to and including December 30, 2024, to file a reply brief.

Dated this 26th day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER
- 1